IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN BECKER, | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:23-cv-2364-N-BN |
| RAMIRO CUEVAS, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Steven Becker's motion requesting preliminary injunctive relief [Dkt. No. 4].

SO ORDERED this 15th day of December, 2023.

_____
DAVID C. GODBEY
CHIEF JUDGE